# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-1868

———————————————

JOHN T. CROSSLEY, III,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Dixie County.
Jennifer J. Johnson, Judge.

November 19, 2025

PER CURIAM.

This appeal of the order entered by the postconviction court on May 8, 2023, is dismissed as an appeal of a nonfinal, nonappealable order. *See* Fla. R. Crim. P. 3.850(f)(4) ("An order that does not resolve all claims is a nonfinal, nonappealable order, which may be reviewed when a final, appealable order is entered."). Since all the claims raised in the amended motion have not been addressed, we do not have jurisdiction to consider this appeal. *See* Fla. R. App. P. 9.030(b)(1).

    DISMISSED.

BILBREY, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


John T. Crossley, III, pro se, Appellant.

James Uthmeier, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.